FILED
2018 Jul-17 AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMETRIS EATMON, <br> AIS # 242591 <br><br> Plaintiff, <br><br> v. <br><br> TERRY THOMAS, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 2:17-cv-00927-LSC-JHE <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on June 13, 2018, recommending the defendants' motion for summary judgment, be granted and this action dismissed with prejudice. (Doc. 25). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment (doc. 23), is due to be granted and this action is due to be dismissed with prejudice.

A Final Judgment will be entered.

**DONE** AND **ORDERED** ON JULY 17, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704